**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Miguel Gonzales, | No. CV-2003-0458-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Executive Plaza Apartments; Consolidated Asset Management; Bill Mitchell, | |
| Defendants. | |

On November 1, 2005, the Clerk of this Court entered a judgement against Miguel Gonzales ("Plaintiff") and in favor of defendants, Executive Plaza Apartments ("Executive") and Consolidated Asset Management ("Consolidated"). Pursuant to LRCiv 54.2(b)(1), Executive timely filed a Motion for Award of Attorney's Fees (doc. 136) on November 4, 2005. Pursuant to the same rule, Consolidated timely filed a Motion for Award of Attorney's Fees (doc. 140) on November 14, 2005. Both defendants were required to file detailed memoranda of points and authorities to support their respective motions as specified in LRCiv 54.2(c) together with all supporting documentation as specified in LRCiv 54.2(d) "within sixty (60) days of the entry of judgement." LRCiv 54.2(b)(2). Neither Executive nor Consolidated filed such memoranda and all the supporting documentation, and over sixty days have expired since entry of the judgment.

/ / /

**IT IS ORDERED** that Executive's Motion for Award of Attorney's Fees is denied with leave to refile (doc. 136).

**IT IS FURTHER ORDERED** that Consolidated's Motion for Award of Attorney's Fees is denied with leave to refile (doc. 140).

DATED this 23rd day of March, 2006.

_____
James A. Teilborg
United States District Judge